UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-09887-AB-JC | Date: | January 22, 2026 |
|---|---|---|---|

| Title: | *Kelly Sinclair et al v. Mercedes-Benz USA, LLC et al* |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Appearing                None Appearing

**Proceedings:     [In Chambers] ORDER <u>REMANDING</u> ACTION TO STATE
COURT**

The Court has reviewed the Defendants' Amended Notice of Removal
("Am. NOR," Dkt. No. 17), filed in response to this Court's Order to Show Cause
("OSC," Dkt. No. 15) why the action should not be remanded for lack of subject
matter jurisdiction.

Defendants' Amended NOR alleges the citizenship of plaintiff Brick House
Development, LLC, as if it were a natural person. This is incorrect. The citizenship
of a partnership or other unincorporated entity is the citizenship of its members.
*See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)
("[L]ike a partnership, an LLC is a citizen of every state of which its
owners/members are citizens.") To allege the citizenship of an LLC, "a party must
list citizenship of all the members of the limited liability company. . ." *Rolling
Greens MHP, L.P.v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th
Cir. 2004). Defendants' Amended NOR does not allege the members of the LLC
plaintiff or their citizenship, so Defendants have not alleged the facts necessary to
establish the LLC's citizenship and or subject matter jurisdiction.

The Court concludes that Defendants have not met their burden of establishing subject matter jurisdiction. The Court therefore **REMANDS** this action to the state court from which it was removed.

**SO ORDERED.**